**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., JOHN COBB,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CHARLESTON COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:25-cv-08752-DCN<br><br>**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6), FRCP** |

Defendant Charleston County School District ("the District"), by and through its undersigned counsel, hereby moves to dismiss the Amended Complaint, filed on July 27, 2026 (ECF # 23) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. This Motion is based on the Memorandum filed concurrently herewith.

For the reasons set forth in the Memorandum, the District asks this Court to dismiss Plaintiff-Relator John Cobb's Amended Complaint and to take such further action as this Court deems just and proper. This Motion is dispositive and therefore excluded from the conferral requirement mandated by Local Civil Rule 7.02.

[SIGNATURE ON FOLLOWING PAGE]

**SAXTON AND STUMP**

By: */s/ Elizabeth Palmer*
Alice F. Paylor, District Court ID #4017
Isabelle S. Young, District Court ID #14209
Elizabeth J. Palmer, District Court ID #9716
Saxton & Stump, LLC
151 Meeting Street, Suite 400
Charleston, SC 29401
(843) 414-5080
afp@saxtonstump.com
iyoung@saxtonstump.com
ep@saxtonstump.com

ATTORNEYS FOR DEFENDANT

Charleston, SC
August 10, 2026